**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ARCHILLE P. HOLMES, JR. | CIVIL ACTION NO. 24-1384 |
| | SECTION P |
| VERSUS | |
| | JUDGE S. MAURICE HICKS, JR. |
| CADDO PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Archille P. Holmes, Jr.'s conditions-of-confinement claims are **DISMISSED WITHOUT PREJUDICE** for lack of standing and as legally frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 6th day of January, 2025.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE